IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-03117-CMA-STV

LARRY SCHNEIDER,

    Plaintiff,

v.

SRC ENERGY, INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal (Doc. # 77). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED:  April 8, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge